# CLEARY | GIACOBBE | ALFIERI | JACOBS LLC

DANIELLE PANTALEO, Partner
dpantaleo@cgajlaw.com

**Reply to: Matawan Office**

March 12, 2021

**Via Electronic Filing**
The Honorable John Michael Vazquez, U.S.D.J.
United States District Court for the District of New Jersey
Court Room: PO 03
Martin Luther King Building & U.S. Courthouse
50 Walnut Street Room 4015
Newark, NJ 07101

Re:     **D.M. o/b/o N.M. v. School District of the Chathams Board of Education**
        **U.S.D.C. Docket No.:  2:20-CV-10165**

Dear Judge Vazquez:

Please be advised that this firm represents Respondent School District of the Chathams
("District") in connection with the above-referenced matter.  This matter is an Appeal of the
Administrative Record of the Final Decision of the Honorable Susana E. Guerrero, Administrative Law
Judge, Office of Administrative Law ("OAL") in Newark dated July 21, 2020.  In her ruling, Judge
Guerrero found that the District appropriately declassified N.M. as N.M. no longer met the criteria for
eligibility under the Individuals with Disabilities in Education Act ("IDEA").  Judge Guerrero found that
N.M. was not entitled to an Individualized Education Plan and, thus, the District had, in fact, provided
N.M. with a free appropriate public education ("FAPE").

This appeal was filed on or about August 7, 2020.  On or about November 27, 2020, the parties
filed with the Court a Joint Discovery Plan wherein counsel advised the court that no additional
discovery or motion practice would be required in this matter as it an of the administrative record.
Further, the parties have participated in multiple settlement conferences with Magistrate Judge Mark
Falk on February 3, 2021 and March 3, 2021, but are unable to agree to terms that would result in a
settlement of this matter.

**Matawan Office: 955 State Route 34, Suite 200, Matawan, NJ 07747 Tel 732 583-7474 Fax 732 290-0753**
Oakland Office: 169 Ramapo Valley Road, UL 105, Oakland, NJ 07436 Tel 973 845-6700 Fax 201 644-7601
Somerville Office: 50 Division Street, Suite 501, Somerville, NJ 08876 Tel 732 583-7474 Fax 201 644-7601

www.cgajlaw.com

The Honorable John Michael Vazquez, U.S.D.J.
March 12, 2021
Page 2


In this regard, Appellee hereby respectfully requests that a briefing schedule be issued in this matter providing counsel with the required guidance to file their respective briefs and the Court can issue a ruling.


Respectfully submitted,


 *s/ Danielle Pantaleo*

Danielle Pantaleo
DP/tb
cc:     Bradley Flynn, Esq. (*via ECF only)*
        Vincent D'Elia Ph. D., Assistant Superintendent of Student Support Services
         (*via e-mail only vdelia@chatham-nj.org*)